IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:21-CR-81** |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **DAVID BRUCE DARBY**, | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 31st day of May, 2022, upon consideration of *pro se* defendant David Bruce Darby's motions (Docs. 47, 62, 63) to dismiss, to suppress, to compel production, to sever, and for early disclosure, and the parties' respective briefs in support of and opposition to said motions, and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that:

1. The motion (Doc. 47) to dismiss the indictment (Doc. 1) is DENIED.

2. The motion (Doc. 47) to suppress evidence related to the wiretap on a phone utilized by Darby is DENIED.

3. The motion (Doc. 47) to compel production of any recordings of Darby's telephonic or face-to-face conversations is GRANTED. The parties are DIRECTED to meet and confer forthwith to ensure Darby possesses and/or reviews all records and recordings to which he is entitled.

4. The motion (Doc. 47) to compel production of transcripts of witness testimony is DENIED.

5. The motion (Doc. 62) to sever is DENIED as moot. The court will forthwith confer with the parties for the scheduling of trial.

6. The motion (Doc. 63) for early disclosure is deemed WITHDRAWN without prejudice to Darby's ability to refile the motion with a separate supporting brief in compliance with the Local Rules of Court.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania